Judgment reversed, new trial granted, and cause remanded.

JOHN M. MOODY v. ROBERT A. NICHOL.

The judgment of the court below is, by law, a part of the record, and cannot be certified to this court through the medium of a bill of exceptions.
There is no judgment certified to this court in the record, and the formal statement of a judgment in the bill of exceptions cannot be noticed.

In error from the circuit court of Lowndes county; Hon. F. M. Rogers, judge.

This case was dismissed because there did not appear to be any judgment of the court below in the record.

*W. L. Harris*, for appellant.

*C. R. Crusoe*, for appellee.

Mr. Justice Fisher delivered the opinion of the court.

The judgment of the court is, by law, part of the record, and cannot be certified to this court through the medium of a bill of exceptions, which only introduces into the record what does not constitute an essential part of it by law.

There is no judgment certified to this court in the record. The bill of exceptions contained a formal judgment; but this cannot be noticed, as no judgment could be rendered here in the event of an affirmance, and for the same reason, there could be no reversal, as there is nothing in the record to reverse. Dismissed.